**BARRY GOLDBERG, P.C.**
ATTORNEY AT LAW
11 PARK PLACE, SUITE 1005
NEW YORK, NEW YORK 10007
(917) 682-0364

September 20, 2023

Honorable Judge Allyne Ross
United States District Court
Eastern District of New York
255 Cadman Plaza East
Brooklyn, NY 11201

                                                                                                                        VIA ECF

        Re:  United States vs. Hua Huang  (ARR)
             CASE NO. 23-CR-00234

Dear Judge Ross:

      I represent the above referenced defendant, Ms. Hua Huang.  Currently, Ms. Huang is required to wear an ankle monitor and her travel is restricted to the Eastern and Southern District of New York.  At this time, we respectfully request a modification of bond so that Ms. Huang be permitted to travel to and from California to attend her cousin's wedding.  Ms. Huang would travel by plane to California on September 28, 2023.  While in California, she will take a daylong car trip to visit family in Nevada on September 30, 2023.  She will then return by plane to New York on October 2, 2023.

      Pretrial Services Officer Gross has approved this request.  Additionally, Pretrial would like the discretion to change the technology regarding the type of ankle bracelet she will wear as they deem appropriate.  AUSA Patrick Campbell has no objections.  Thank you for your anticipated consideration in this matter.  If you have any questions please feel free to contact my office.

Yours Truly,

*s/Barry Goldberg*

Barry Goldberg, Esq.                                                                                              SO ORDERED:

                                                                                                                                                                                                  _____
                                                                                                                                                                                                   Honorable Judge Allyne Ross

CC:  AUSA PATRICK CAMPBELL  
       PRETRIAL SERVICES OFFICER JADA GROSS

Case 1:23-cr-00234-ARR   Document 28   Filed 09/21/23   Page 2 of 2 PageID #: 83