**CRIMINAL CAUSE FOR PLEADING:**

BEFORE: Allyne R. Ross, U.S.D.J.    DATE: 3/19/24    TIME: 2:00

CR-23-234 ( ARR )

DEFT NAME: Hua **Huang**    #
   ✓ present    ___ not present    ___ cust.    X bail

DEFENSE COUNSEL: **Barry Goldberg**
   ✓ present    ___ not present    ___ CJA    x RET.    LAS

**A.U.S.A.:** Patrick Campbell    CLERK: D. La Salle

Rep. Linda Danelczyk    OTHER:
INT:    (LANG.- Mandarin) Stepheine Liu

xx CASE CALLED.    ___ DEFENDANT'S FIRST APPEARANCE.
DEFT xx SWORN    ___ ARRAIGNED xx INFORMED OF RIGHTS
   ___ WAIVES TRIAL BEFORE DISTRICT COURT

___ WAIVER OF INDICTMENT EXECUTED FOR DEFT.
___ SUPERSEDING INDICTMENT / INFORMATION FILED.
___ DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
___ DEFT ENTERS A PLEA OF NOT GUILTY TO ALL CTS.

___ DEFT ENTERS **GUILTY PLEA** TO CTS._____ O F
   (Superseding) INDICTMENT/INFORMATION.
✓ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.
   ONE Of the indictment.
XX COURT FINDS FACTUAL BASIS FOR THE PLEA.
✓ SENTENCING SET FOR 7/22/24 @ 11:00am

___ DEFT ENTER **NOT GUILTY PLEA.**
✓ BAIL ___ SET ✓ CONTINUED FOR DEFT.
___ DEFT CONTINUED IN CUSTODY.
___ CASE ADJOURNED TO_____ FOR _____
___ JURY SELECTION SET FOR _____ ___ BY MAG.
___ TRIAL SET FOR _____
___ **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
      CODE TYPE_____ START_____ STOP_____

_____ORDER / WAIVER EXECUTED & FILED.    ___ ENT'D ON RECORD.

OTHER: Plea agreement marked as government exhibit one; Plea agreement returned to A.U.S.A.