

June 14, 2024

## MEMORANDUM TO
## THE HONORABLE ALLYNE R. ROSS
### United States District Judge

Re: Hua Huang
Docket No.: 1:23CR00234

### REQUEST FOR ADJOURNMENT OF SENTENCE DATE

The above-noted defendant is pending sentence before Your Honor, having pled guilty on March 19, 2024. At this time, the Probation Department is writing to request an adjournment of the sentence date of July 22, 2024, which would require disclosure of the presentence investigation report (PSR) no later than June 17, 2024. Due to scheduling conflicts, the presentence interview (PSI) has not been completed. A date for the PSI has not been determined. As such, the Probation Department is requesting an adjournment of at least eight weeks, in order for the PSI to be scheduled and an accurate and thorough PSR prepared.

Prepared by:

/s/ *Nicole Gervase*

_____
Nicole Gervase
U.S. Probation Officer
347-534-3570

........................................................................................

✓ An adjournment of the sentence date is acceptable. The new sentence date will be __9/17/24 @ 11:30 am__

___ An adjournment of the sentence date is not acceptable.

_____
The Honorable Allyne R. Ross
United States District Judge

cc:   Patrick Campbell, Assistant United States Attorney | Barry Goldberg, Defense Counsel