**BARRY GOLDBERG, P.C.**
ATTORNEY AT LAW
11 PARK PLACE, SUITE 1005
NEW YORK, NEW YORK 10007
(917) 682-0364

October 21, 2024

Honorable Judge Allyne Ross
United States District Court
Eastern District of New York
255 Cadman Plaza East
Brooklyn, NY 11201

                                                                                                  VIA ECF

        Re:  United States vs. Hua Huang  (ARR)
             CASE NO. 23-CR-00234

Dear Judge Ross:

      As the court is aware, I represent the above referenced defendant, Ms. Hua Huang. Currently, Ms. Huang is scheduled for sentencing on November 5, 2024.  It is respectfully requested that sentencing be adjourned for 45 days.  Unfortunately I have been suffering tremendous back pain due to numerous herniated disks that have rendered me bedridden and unable to complete my work.  I greatly appreciate your understanding in this matter.  My sentencing submission with be filed two weeks prior to new scheduled sentencing date.  Please schedule for any day, except Fridays, after Monday, December 16, 2024.  I have spoken to AUSA Patrick Campbell who has no objection to this request.  Thank you for your anticipated consideration in this matter.  If you have any questions please feel free to contact my office.

Yours Truly,

*s/Barry Goldberg*

Barry Goldberg, Esq.                                                             SO ORDERED:

                                                                                                                                  _____

                                                                                                                                   Honorable Judge Allyne Ross

CC:  AUSA PATRICK CAMPBELL