CRIMINAL CAUSE FOR SENTENCING

BEFORE: ROSS, U.S.D.J.        DEC.18,2024        Time:11:00am

CR-23-234                     DEFT NUMBER:

DEFT NAME: **Hua Haung**

　　√ present　　___ not present　　___ cust.　　X bail

DEFENSE COUNSEL: **Barry R. Goldberg**

　　√ present　　___ not present　　___ CJA　　x RET.　　___ LAS

**A.U.S.A.**: **Patrick Camp**bell            CLERK: D. LaSalle

Reporter: Linda Marino                    PO: Erica Vest

INT:   (LANG.-Mandarin) Shi Feng

XXX CASE CALLED.   ___ SENTENCING ADJ'D TO _____.

X   SENTENCING HELD.   x   STATEMENTS OF DEFT AND COUNSEL HEARD.

x   DEFT SENTENCED ON COUNT   ONE   OF THE Superseding (Indictment) / Information.

Defendant is sentenced to time served to be followed by two years of supervised release; a special assessment of $100 is imposed.

REMAINING OPEN COUNTS ARE DISMISSED ON ___ GOVTS MOTION

　　　　　　　　　　　　　　　　　　　　　　　　___ COURT'S MOTION

✓ COURT ADVISED DEFT OF RIGHT TO APPEAL.   ___ I.F.P. GRANTED.

___ DEFT REMANDED.   ___ DEFT ON BAIL PENDING APPEAL.

**OTHER**: